WILLIAM P. LOGAN, Appellant, v. ALBERT GUGGENHEIM, Respondent.— Order reversed, with costs, and verdict reinstated, on the ground that the error pointed out by the trial justice as a ground for setting aside the verdict was harmless and not prejudicial to the defendant. All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by FREDERICKA HAWTHORNE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Motion denied.

In the Matter of the Claim of MARY J. McNEIL, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Motion denied.

WILLIAM MANKES, Respondent, v. LOUIS FISHMAN, Appellant.— The parties having stipulated on the argument that the question involved on the appeal be decided on this motion: Motion to dismiss appeal denied, without costs. Order appealed from reversed, without costs, and the motion of the defendant granted, without costs.

In the Matter of the Claim of ALFRED BYLOW, Respondent, for Compensation or Death Benefits under the Workmen's Compensation Law, Because of the Death of ELWIN KINGSLEY, v. ST. REGIS PAPER COMPANY, Employer, and THE FIRST MUTUAL LIABILITY INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by DENNIS E. HYNES, Respondent, v. THE PULLMAN COMPANY, Employer and Self-Insurer, Appellant.— Motion granted.

In the Matter of the Judicial Settlement of the Accounts of FRANK H. McKINNON, as Administrator, etc., of JAMES R. BAUMES, Deceased. FRANK H. McKINNON, Respondent, v. JULIUS E. HALL, as Administrator, etc., of ROBERT CARTWRIGHT, Appellant.— Motion to dismiss appeal denied; the court finding that the time in which to appeal was not limited under section 1351 of the Code of Civil Procedure. Either party upon the argument may use any exhibit not printed in the record.

E. HARRY MIERSON, Respondent, v. CITY OF GLOVERSVILLE, Appellant. — Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PETER MODRA, Respondent, for Compensation under the Workmen's Compensation Law, Respondent, v. JOHN LITTLE, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Kellogg, P. J., and Lyon, J.; dissenting on authority of Matter of Grammici v. Zinn (219 N. Y. 322); Matter of Kanzar v. Acorn Mfg. Co. (Id. 326); Matter of Boscarino v. Carfagno. & Dragonette (220 id. 323), and Carkey v. Island Paper Co. (177 App. Div. 73).